**William Jackson, Appellee, v. Nicholas Romanchuk, Appellant.**

Gen. No. 44,258.

 283

 opinion filed March 1, 1949; released for publication April 26, 1949. Vogel & Bunge, for appellant; L. H. Vogel, George C. Bunge, Robert L. Howard, and Forrest S. Blunk, of counsel; Joseph P. Power, Marion J. Hannigan, and Leo S. Karlin, for appellee; Leo S. Karlin, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.